UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                         Plaintiff,        )<br>                                                         )<br>         v.                                           )<br>                                                         )<br>NICHOLAS KIRBY,                          )<br>                                                         )<br>                         Defendant.      ) | 2:09-CR-234-LDG (GWF) |

**FINAL ORDER OF FORFEITURE**

On December 17, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant NICHOLAS KIRBY to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant NICHOLAS KIRBY pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 12, 2010, January 19, 2010, and January 26, 2010 in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 23, 2010 through February 21, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8   law:

9   a) a Sturm Ruger .45 caliber handgun, Model P345, serial number 664-50725;
10      and
11  b) any and all ammunition.

12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
13  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
14  any income derived as a result of the United States of America's management of any property
15  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
16  according to law.

17  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18  certified copies to the United States Attorney's Office.

19  DATED this __23__ day of __June__, 2010.

21  _____
    UNITED STATES DISTRICT JUDGE

2